UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-                          ORDER

WILFRED LINDSAY,

          Defendant.                  05 Cr. 564 (ARR)

-------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ FEB 15 2006 ★
BROOKLYN OFFICE

Upon the application of WILFRED LINDSAY, by and through his attorney, JEREMY GUTMAN, and all proceedings heretofore had in this matter, it is hereby

ORDERED, that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the round-trip fare for noncustodial transportation of Wilfred Lindsay from Little Rock, Arkansas, to New York City, from March 1, 2006, to March 2, 2006, together with subsistence expenses, so that he can attend a meeting at the office of the United States Attorney for the Eastern District of New York at 10:00 a.m. on March 2, 2006

Dated: Brooklyn, New York
       February 9, 2006

                                      s/Allyne R. Ross
                                      Hon. Allyne R. Ross
                                      United States District Judge