# JEREMY GUTMAN
ATTORNEY AT LAW
251 EAST 61ST STREET
NEW YORK, NEW YORK 10021

(212) 644-5200

FAX: (212) 486-7701
E-MAIL: JEREMYGUTM@AOL.COM

*FILED IN CLERK'S OFFICE*
*U.S. DISTRICT COURT, E.D.N.Y.*
★ APR 7 2006 ★
BROOKLYN OFFICE

March 29, 2006

*Request is granted.*

By Fax Number 718-613-2386

Honorable Allyne R. Ross
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

*So Ordered:*

s/Allyne R. Ross
USDJ EDNY
3/29/06
cc: parties

Re:   United States v. Wilfred Lindsay
      05 Cr. 564 (ARR)

Dear Judge Ross:

I am writing to request that the travel restrictions on my client, Wilfred Lindsay, who is currently on pre-trial release pursuant to this Court's order, be modified to permit him to travel from his home in Little Rock, Arkansas, to California, so that he can attend the funeral of his uncle, which will occur on Saturday, April 1, 2006. Mr. Lindsay would leave Little Rock on Friday and return on Sunday, and he would provide his exact itinerary and contact information in California to his Pre-trial Services Officer as soon as the details can be finalized.

Assistant United States Attorney Carolyn Pokorny has advised me that the government consents to this request.

Respectfully,

Jeremy Gutman
*Attorney for Defendant*
*Wilfred Lindsay*

Honorable Allyne R. Ross
March 29, 2006
Page 2

cc:   Carolyn Pokorny, Esq.
      *Assistant United States Attorney* (by fax number 718-254-6327)