UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-                                  ORDER

WILFRED LINDSAY,

        Defendant.                          05 Cr. 564 (ARR)

------------------------------------------------x

Upon the application of WILFRED LINDSAY, by and through his attorney, JEREMY GUTMAN, and all proceedings heretofore had in this matter, it is hereby

ORDERED, that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the round-trip fare for noncustodial transportation of Wilfred Lindsay from Little Rock, Arkansas, to New York City, from June 5, 2006, to the evening of June 6, 2006, together with subsistence expenses, so that he can attend a hearing at the Eastern District of New York at 10:00 a.m. on June 6, 2006.

Dated: Brooklyn, New York
       June 1, 2006

                                              Hon. Allyne R. Ross
                                              United States District Judge